# NO. 12-13-00388-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *C. W. E.,* | § | *COUNTY COURT AT LAW* |
| *A CHILD* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This accelerated appeal from an order terminating Appellant's parental rights is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant perfected his appeal on December 20, 2013, and his brief was due on January 21, 2014. On February 3, 2014, Appellant filed a motion for extension of time to file his brief. The motion was granted, making Appellant's brief due on February 12, 2014. However, Appellant did not file his brief. Appellant was notified on February 13, 2014, that failure to file his brief by February 24, 2014, would result in the appeal being dismissed in accordance with Texas Rule of Appellate Procedure 42.3(b) and (c). *See* TEX. R. APP. P. 38.8(a)(1).

The February 24, 2014 deadline for filing Appellant's brief has passed, and Appellant has not filed a brief. Accordingly, we *dismiss* the appeal *for want of prosecution*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Opinion delivered February 28, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 28, 2014**

**NO. 12-13-00388-CV**

**IN THE INTEREST OF C. W. E., A CHILD,**

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 2012-07-0507)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*